## 33629. SEABOARD COAST LINE RAILROAD COMPANY et al. v. UNION CAMP CORPORATION et al.

PER CURIAM.

Upon further consideration, it is determined that the writ of certiorari should be and is dismissed as improvidently granted.

*Writ dismissed. All the Justices concur, except Jordan, Bowles and Marshall, JJ., who dissent.*

ARGUED JULY 10, 1978 — DECIDED SEPTEMBER 6, 1978.

*Miller, Beckmann & Simpson, John B. Miller, Ellsworth Hall, Jr.,* for appellants.

*Adams, Adams, Brennan & Gardner, Edward T. Brennan,* for appellees.